**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01247-CMA

YVONNE R. GALVIN,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

**FINAL JUDGMENT**

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the order denying the motion for entered orally by Judge Christine M. Arguello in open court on . It is

    ORDERED that the decision of Commissioner of Social Security is affirmed and, accordingly, final judgment is entered in favor of defendant and against plaintiff.  It is

    FURTHER ORDERED that each party shall pay its costs and attorneys fees.

    Dated at Denver, Colorado this 26th day of February, 2014.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: s/   Sandra Hartmann

    Sandra Hartmann
    Deputy Clerk